UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:12CV339 HEA |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on former Commissioner Michael Astrue's

Motion to Reverse and Remand.  No opposition to the motion has been filed.  For

the reasons set forth in the motion, the Court agrees that the decision of the

Administrative Law Judge should be reversed and remanded.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to sentence four of 42 U.S.C. §

405(g), the decision of the Commissioner is reversed.

**IT IS FURTHER ORDERED** that this matter is remanded to the

Commissioner for further proceedings

A separate judgment in accordance with this Opinion, Memorandum

and Order is entered this same date.

Dated this 8th day of May, 2013.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE